**Order entered August 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00689-CV

## IN RE ESTATE OF LORETTA POWELL, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01344-1**

## ORDER

This appeal, filed by Douglas Doyle, Madison Doyle, Ashley Doyle, and Joe Putnam, challenges the trial court's orders granting Robin Christopher's motion to set aside deeds and for sanctions. By notice and motion filed August 27, 2019, Ryan Trobe, as successor administrator of the Estate of Loretta Powell, makes an appearance as appellee and requests an extension of time to file the Estate's brief. We **GRANT** the motion and **ORDER** the Estate's brief be filed no later than September 29, 2019.

/s/     KEN MOLBERG
        JUSTICE